ROPERS, MAJESKI, KOHN & BENTLEY
BLAKE J. RUSSUM (SBN 258031)
1001 Marshall Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: blake.russum@rmkb.com

Attorneys for Defendant,
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 2:18-CV-01942-MCE-EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the Plaintiff GREGORY A. MITCHELL and Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)A)(ii). Each party shall bear its own fees and costs.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: November 19, 2018 | ROPERS, MAJESKI, KOHN & BENTLEY |

By: /s/ *Blake J. Russum*
BLAKE J. RUSSUM
Attorneys for Defendant
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

| | |
|---|---|
| Dated: November 19, 2018 | LAW OFFICES OF P. RANDALL NOAH |

By: /s/ *P. Randall Noah*
P. RANDALL NOAH
Attorneys for Plaintiff
GREGORY A. MITCHELL

### **ORDER**

It is hereby ordered that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 26, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE